**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cornerstone Tower Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1829752** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **410 S. Webb Rd., #6A**<br>**Grand Island, NE 68803** | **PO  Box 5222**<br>**Grand Island, NE 68802** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hall** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Cornerstone Tower Service, Inc.**                                    Case number (*if known*) _____
       Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|--------|-------------|------|-------------|--------------|-------------|
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Cornerstone Tower Service, Inc.**                                    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 13, 2016**
               MM / DD / YYYY

**X /s/ James Scheer**                                      **James Scheer**
Signature of authorized representative of debtor           Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ John C. Hahn**                                Date    **May 13, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**John C. Hahn**
Printed name

**Jeffrey, Hahn & Hemmerling**
Firm name

**5640 S. 84th Street, Suite 100**
**Lincoln, NE 68516**
Number, Street, City, State & ZIP Code

Contact phone    **402-483-7711**        Email address    **bankruptcy@jhhz.net**

**15068**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cornerstone Tower Service, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ahern Rentals, Inc.**<br>**PO Box 271390**<br>**Las Vegas, NV**<br>**89127-1390** | | | | | | **$25,969.15** |
| **Anixter, inc.**<br>**PO Box 847428**<br>**Dallas, TX**<br>**75284-7428** | | | | | | **$18,717.03** |
| **Capstone Business Funding, LLC**<br>**810 Seventh Ave.,**<br>**27th Floor**<br>**New York, NY 10019** | | | | | | **$250,000.00** |
| **Electro Rent Corp.**<br>**27315 Network Place**<br>**Chicago, IL**<br>**60673-1273** | | | | | | **$47,580.21** |
| **Everest Business Funding (EBF Partners)**<br>**2001 NW 107th Ave.,**<br>**3rd Floor**<br>**Miami, FL 33172** | | | | | | **$75,000.00** |
| **EZ Wireless**<br>**2800 NW 29th Ave.**<br>**Portland, OR 97210** | | | | | | **$76,531.50** |
| **High Tower Solutions, Inc.**<br>**15225 Hwy. 36, Ste. 1**<br>**Bennington, NE 68007** | | | | | | **$24,700.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Cornerstone Tower Service, Inc.**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isuzu Finance of America, Inc. 7865 Solution Center Chicago, IL 60677-7008** | | | | | | **$49,513.00** |
| **Kalamata Capital 7315 Wisconsin Ave., Ste. 900 East Bethesda, MD 20814** | | | | | | **$390,000.00** |
| **LG Funding, LLC 1218 Union St., Ste. 2 Brooklyn, NY 11225** | | | | | | **$50,690.00** |
| **McGill Restoration 2821 Grebe St. Omaha, NE 68112** | | | | | | **$26,850.00** |
| **Primus Electronics 8101 Solutions Center Chicago, IL 60677-8001** | | | | | | **$67,238.44** |
| **Site Pro 1, Inc. 7239 Collections Center Dr. Chicago, IL 60693** | | | | | | **$30,748.61** |
| **Stainless A Business of FDH Velochitel 1033 Skokie Blvd., Ste. 320 Northbrook, IL 60062** | | | | | | **$21,635.00** |
| **Straight Line Construction Co. 94 N. Mission Dr. Pueblo West, CO 81007** | | | | | | **$26,945.88** |
| **Sunbelt Rentals PO Box 409211 Atlanta, GA 30384-9211** | | | | | | **$19,460.59** |
| **TCF Equipment Finance PO Box 77077 Minnetonka, MN 55480-7777** | | | | | | **$18,397.81** |
| **TowerKraft Engineering, PC 216 E. 3rd St. Alliance, NE 69301** | | | | | | **$16,750.00** |

Debtor  **Cornerstone Tower Service, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windset Capital Corp.** **4168 West 12600 South, 2nd Floor Riverton, UT 84096** | | | | | | $100,000.00 |
| **WRMB, Inc.** **c/o Jane F. Langan, Attorney at Law 1128 Lincoln Mall, Ste. 300 Lincoln, NE 68508** | | **Judgment - Hall County Court Case No. CI03-1470** | | | | $29,595.33 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Accuster Survey
30601 County Road 17
Mitchell, NE 69357


Ace Electrical Contractors, Inc.
5465 Hwy. 169 North
Plymouth, MN 55442-1903


Advanced Crane  Rigging
21978 Platteview Rd., Ste. 200
Gretna, NE 68028


Advanced Lightning Tech
122 Leesley Lane
Argyle, TX 76226


After Hours Grafix
1113 10th St.
Aurora, NE 68818


Ahern Rentals, Inc.
PO  Box 271390
Las Vegas, NV 89127-1390


Ally
PO Box 78234
Phoenix, AZ 85062-8234


Anixter, inc.
PO Box 847428
Dallas, TX 75284-7428


Arapahoe Rental
1700 E. County Line Rd.
Littleton, CO 80126


Associated Engineering, Inc.
2705 N. Main St.
Omaha, NE 68022


AT T
PO Box 5001
Carol Stream, IL 60197-5001

Aupperle Plumbing   Heating, Inc.
213 West Front St.
North Platte, NE 69101


B   B Crane Service, Inc.
PO Box 9667
Rapid City, SD 57709


B   C Steel
5320 Cook St.
Denver, CO 80216-2434


Baker and Associates
210 E. 16th St., Ste. A
Scottsbluff, NE 69361


Bank of Wood River
PO Box 5138
Grand Island, NE 68802


Barton Supply
14800 E. Monecrieff Place
Aurora, CO 80011


Blue Cross Blue Shield of Nebraska
PO Box 3801
Omaha, NE 68103-0801


Blue Line Rental
PO Boxz 840062
Dallas, TX 75284-0062


Bosselman Energy
PO Box 1567
Grand Island, NE 68802


Brownstar Porta a Potties
71478 633 Ave.
Humboldt, NE 68376


Buckeye Welding Supply
360 E. 8th St.
PO Box 1522
Greeley, CO 80632

C   D Plumbing   Heating
PO Box 894
North Platte, NE 69103-0894


Capstone Business Funding, LLC
810 Seventh Ave., 27th Floor
New York, NY 10019


Carlson Systems
PO Box 3036
Omaha, NE 68103-0036


CCI Extending Wireless Performance
89 Leuning St.
South Hackensack, NJ 07606


Cedar Supply
720 S. College Ave.
Fort Collins, CO 80525


CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040


Charter Communications
PO Box 790229
Saint Louis, MO 63179-0229


Chatham Electric
PO Box 34977
Juneau, AK 99803


Citibank, NA
388 Greenwich St., 22nd Floor
New York, NY 10013


City of Grand Island
100 E. 1st St., Ste. 8
PO Box 1968
Grand Island, NE 68802-1968


City of Grand Island Solid Waste
PO Box 1968
Grand Island, NE 68802-1968

City of Grand Island Utilities
Dept. 100, E 1st St.
PO Box 1968
Grand Island, NE 68802-0196


City of Grand Island Water   Lights Dept
PO Box 1968
Grand Island, NE 68802-1968


Comcast
PO Box 34744
Seattle, WA 98124-1744


Commercial Finance Partners, LLC
340 SE 1st St.
Delray Beach, FL 33483


Concentra Occupational Health Centers of
the Southwest, P.A., P.C.
PO Box 9008
Broomfield, CO 80021-9008


Concentra Occupational Health Centers of
Kansas
PO Box 369
Lombard, IL 60148-0369


Consolidated Concrete Co.
PO Box 7
Hastings, NE 68902-0007


Construction Rental
2600 W. Front St.
North Platte, NE 69101


Corporate Lodging Consultants, Inc.
PO Box 534722
Atlanta, GA 30353-4472


Corporation Services Company
PO Box 2576
Springfield, IL 62708

CPS Distributors, Inc.
1105 West 122nd Ave.
Westminster, CO 80234


Crane Sales and Service
PO Box 3365
Omaha, NE 68103-0365


Croell Redi-Mix
PO Box 1352
Sundance, WY 82729


Cross Dillon Tire
PO Box 81208
Lincoln, NE 68501


Crossover Distribution
5 Park Lake Rd.
Sparta, NJ 07871


CT Corporation System
330 N. Brand Blvd., Ste. 700
Attn: SPRS
Glendale, CA 91203


Dave Sherwood Family Medicine
570 Palmino
Ridgway, CO 81432-0270


Dex Media East, Inc. (Dexone)
PO Box 78041
Phoenix, AZ 85062-8041


Distribution, Inc.
6363 N. 70th St.
PO Box 29166
Lincoln, NE 68529


Dodge City Concrete, Inc.
1105 E. Wyatt Earp Blvd.
Dodge City, KS 67801


Don Rutt Plumbing   Heating, Inc.
PO Box 457
Hastings, NE 68901

Don Svoboda Plumbing
790 Osborne Dr. East
Hastings, NE 68901


Double D Portable Restrooms, LLC
110 West County Rd. 12
Petersburg, NE 68652


DR Containers
657 County Rd. 13
Ithaca, NE 68033


East Penn Manufacturing Co.
PO Box 4191
Philadelphia, PA 19178-4191


Ehresmann Engineering
4400 W. 31st St.
Yankton, SD 57078-9737


Electro Rent Corp.
27315 Network Place
Chicago, IL 60673-1273


Electronic Metrology Laboratory
318 Seaboard Lane, Ste. 105
Franklin, TN 37067


Emergency Physicians
PO Box 912215
Denver, CO 80291-2215


Emily McElravy, Attorney at Law
1500 Woodmen Tower
1700 Farnam St.
Omaha, NE 68102


Empire Southwest, LLC (Empire Cat)
PO Box 29879
Phoenix, AZ 85038-9879


Essink Drywall
1706 S. Holland Dr.
Grand Island, NE 68803

Everest Business Funding (EBF Partners)
2001 NW 107th Ave., 3rd Floor
Miami, FL 33172


EZ Wireless
2800 NW 29th Ave.
Portland, OR 97210


Fastenal Co.
PO Box 978
Winona, MN 55987-0978


FDH Velocitel
1033 Skokie Blvd.
Northbrook, IL 60062


Financial Pacific Leasing, Inc.
PO Box 749642
Los Angeles, CA 90074-9642


Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98001


Ford Storage and Moving
10364 S. 136th St.
Omaha, NE 68138


Form I-9 Compliances
24 Corporate Plaza, Ste. 190
Newport Beach, CA 92660


G  V, Inc.
43544 Rd. 755
PO Box 26
Lexington, NE 68850


GE Capital
PO Box 31001-1351
Pasadena, CA 91110-1351


Gem City Roofing
1311 S. 1st St.
Laramie, WY 82070

Gem, LTD
220019 Sunset Dr.
Gering, NE 69341


General Electric Capital Corporation
PO Box 35701
Billings, MT 59107-5701


H   E Equipment Service
PO Box 849850
Dallas, TX 75284


Hall County Attorney
Box 367
Grand Island, NE 68802


Hall County Treasurer
121 S. Pine Street
Grand Island, NE 68801


Hamilton Equipment Company
8801 Hwy. 6
Lincoln, NE 68507


Heartland Electric Chief Construction Co
PO Box 4920
Grand Island, NE 68802


Heft   Sons, LLC
14081 I St.
Greensburg, KS 67054


High Tower Solutions, Inc.
15225 Hwy. 36, Ste. 1
Bennington, NE 68007


Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219


HiTech, Inc.
6395 Lowell Rd.
Gibbon, NE 68840

Hooker Bros. Sand  Gravel, Inc.
3935 S. Locust St.
PO Box 5134
Grand Island, NE 68802-5134


Ideal Electric
123 East E ST.
PO Box 945
Hastings, NE 68901


Infinigy
2255 Seweell Mill Rd., Ste. 130
Marietta, GA 30362


Infinity Wireless
429 Industrial Lane
Grand Island, NE 68803


Interstate Power Systems
NW 7244
PO Box 1450
Minneapolis, MN 55485-7244


Into The Wild, LLC
9263 Eastman Park Dr.
Windsor, CO 80550


Isuzu Finance of America, Inc.
7865 Solution Center
Chicago, IL 60677-7008


Isuzu Finance of American, Inc.
3020 Westchester Ave., Ste. 203
Purchase, NY 10577


Jacobi Carpet One Floor  Home
PO Box 881
Third  Denver
Hastings, NE 68902-0881


Jeb Dobberstein Roofing, LLC
5510 Oxen Ave.
Kearney, NE 68845

Johnnys on the Spot
1621 Papio Lane
Cozad, NE 69130


Joshua Scheer
37700 County Rd. 23
Severance, CO 80550


JVD Leasing, LLC
620 Technology Circle
Windsor, CO 80550


Kalamata Capital
7315 Wisconsin Ave., Ste. 900 East
Bethesda, MD 20814


Kriz Davis
PO Box 310353
Des Moines, IA 50331-0353


Krutsinger Concete
Benkelman, NE 69021


LG Funding, LLC
1218 Union St., Ste. 2
Brooklyn, NY 11225


Lincoln National Life Insurance Co.
PO Box 0821
Carol Stream, IL 60132-0821


Long Island Redi Mix
567 Topeka Ave.
Long Island, KS 67647


McGill Restoration
2821 Grebe St.
Omaha, NE 68112


Mid Plains Electric, Inc.
1304 4th St.
Friend, NE 68359

Mid-State Engineering   Testing, Inc.
279 Road D
Columbus, NE 68601


Midwest Unlimited
1750 West O ST.
Lincoln, NE 68528-1275


Moeller Electric Enterprises
PO Box 2
Byron, NE 68325


Montana Cran Service
209 E. Edar
Bozeman, MT 59715


MRL Crane Service, Inc.
4332 Jergen Rd.
Grand Island, NE 68801


National Association of Tower Erectors
8 Second St. SE
Watertown, SD 57201-3624


Nebraska Crane
72779 Rd. 438
Bertrand, NE 68927


Nebraska Harvestore, Inc.
3201 S. 13th St.
Norfolk, NE 68701


Nebraska Trencher Sales, Inc.
Ditch Witch of Omaha
PO Box 45532
Omaha, NE 68145


Net-Tech Technology, Inc.
14609 Prairie Corners Rd.
Omaha, NE 68138-3940


NMC, Inc.
PO Box 911784
Denver, CO 80291-1784

Nuttelman Fencing
7460 W. 100th St.
Kearney, NE 68845


Olsson and Associates
PO Box 84608
Lincoln, NE 68501-4608


P   M Steel Co.
4401 N. Westport Ave.
Sioux Falls, SD 57107


Pacific Steel    Recycling
2828 Palmer
PO Box 8477
MT 59980-7000


Patrick J. Calkins, Attorney at Law
PO Box 440
Alma, NE 68920


Patriot Crane and Rigging, LLC
2916 S. 132nd St., Ste. 138
Omaha, NE 68144


Paulsen, Inc.
PO Box 17
Cozad, NE 69130


Payment Processing Center
PO Box 78234
Phoenix, AZ 85062-8234


Penske Truck Leasing
PO Box 802577
Chicago, IL 60680-2577


Platte Valley Communications
PO Box 505
Kearney, NE 68848-0505


Platte Valley Electric, LLC
502 West Front
North Platte, NE 69101

PLIC-SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372

Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372

ProBuild
2805 Lexington Ave.
Butte, MT 59701-3286

Psychemidics Corp.
PO Box 4163
Woburn, MA 01888-4163

Quality Red D Mix Co.
PO Box 296
Edgar, NE 68935

Quality Signs   Designs
1423 S. Webb Rd.
Grand Island, NE 68803-5637

Quartz Creek Consulting
PO Box 93
Pitkin, CO 81241

R   C Welding   Fabrication, Inc.
880 E. Country Club Rd.
Gering, NE 69341

Ready Mixed Concrete Co.
c/o Hugh Abrahamson, Attorney at Law
6901 Dodge St., Ste. 107
Omaha, NE 68132

Red-D-Arc Welderentals
PO Box 532618
Atlanta, GA 30353-2618

Rexel-Colotex
PO Box 844519
Dallas, TX 75284


Ries  Associates, PC
6850 Green Meadow Dr.
Helena, MT 59602


Rise Broadband
PO Box 2837
Omaha, NE 68103-2837


Roaring Fork Rentals
PO Box 1670
Rifle, CO 81650


Rocky Mountain Waterjet
2218 4th Ave.
Greeley, CO 80631


Rosenberger Site Solutions, LLC
PO Box 4268
Lake Charles, LA 70606-4268


Sentry Electric, Inc.
Box 30571
Lincoln, NE 68503-0571


Sharp Electric
211 West 18th
Cozad, NE 69130


Site Pro 1, Inc.
7239 Collections Center Dr.
Chicago, IL 60693


Slowey Construction, Inc.
PO Box 113
Yankton, SD 57078


SOS Portable Toilets
PO Box 1621
Hastings, NE 68902

Source Gas
PO Box 660474
Dallas, TX 75266-0474


Specialized Crane   Rigging
Tforce Energy Services
6143 S. Willow Dr., Ste. 320
Greenwood Village, CO 80111


Specialized Products
PO Box 201546
Dallas, TX 75320-1546


Stainless A Business of FDH Velochitel
1033 Skokie Blvd., Ste. 320
Northbrook, IL 60062


Stalker Development Limited
410 S. Webb Rd.
Grand Island, NE 68803


Straight Line Construction Co.
94 N. Mission Dr.
Pueblo West, CO 81007


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ 85072-2581


TB   K Construction, Inc.
89475 Hwy. 81
Crofton, NE 68730


TCF Equipment Finance
PO Box 77077
Minnetonka, MN 55480-7777


Texas Communications
4309 Maple St.
Abilene, TX 79602-8099

The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Mountain States Co.
424 Russell St.
Craig, CO 81625


Tommy's Johnnies
PO Box 677
Scottsbluff, NE 69363-0677


Tool Barn Rentals, Inc.
624 S. Webb Rd.
Grand Island, NE 68803


TowerKraft Engineering, PC
216 E. 3rd St.
Alliance, NE 69301


Trausch Dynamics
3727 Westgate Rd.
Grand Island, NE 68803


U-Line
PO Box 88741
Chicago, IL 60680-1741


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Instrument Services
PO Box 3037
Grapevine, TX 76099


Valmont Site Pro
7239 Collections Center Dr.
Chicago, IL 60693


Van's Equipment Rental

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Vogel West, Inc.
c/o Hugh Abrahamson, Attorney at Law
6901 Dodge St., Ste. 107
Omaha, NE 68132


Wagner Equipment Co.
18000 Smith Rd.
Aurora, CO 80011


WCG Leasing, LLC
2699 47th Ave.
Greeley, CO 80634


Wells Fargo Dealer Services
PO Box 17900
Denver, CO 80217-0900


Westco
PO Box H
Alliance, NE 69301


Western States Equipment
PO Box 3805
Seattle, WA 98124-3805


White Cap Construction Supply
PO Box 4852
Orlando, FL 32802-4852


Windset Capital Corp.
4168 West 12600 South, 2nd Floor
Riverton, UT 84096


Windstream
PO Box 9001908
Louisville, KY 40290-1908


WRMB, Inc.
c/o Jane F. Langan, Attorney at Law
1128 Lincoln Mall, Ste. 300
Lincoln, NE 68508

Wyoming Rents, LLC
PO Box 57000
Casper, WY 82605-7000


Ziemba Roof`
806 West 17th St.
PO Box 2043
Hastings, NE 68902-2043

# United States Bankruptcy Court
## District of Nebraska

In re    **Cornerstone Tower Service, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cornerstone Tower Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2016**

Date

**/s/ John C. Hahn**

**John C. Hahn 15068**

Signature of Attorney or Litigant

Counsel for   **Cornerstone Tower Service, Inc.**

**Jeffrey, Hahn & Hemmerling**
**5640 S. 84th Street, Suite 100**
**Lincoln, NE 68516**
**402-483-7711 Fax:402-483-6133**
**bankruptcy@jhhz.net**