IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. BK16-40787 |
| ) | CHAPTER 11 |
| CORNERSTONE TOWER SERVICE, INC., ) | |
| ) | |
| Debtor. ) | |

## 9013 NOTICE

TO ALL CREDITORS, PARTIES IN INTEREST AND TRUSTEE:

 Please take notice that the Debtor above named has filed its MOTION FOR USE OF CASH COLLATERAL (A) APPROVING POST-PETITION FACTORING AGREEMENT, (B) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT, AND (C) MODIFYING AUTOMATIC STAY, PURSUANT TO §§ 362 AND 364 OF THE BANKRUPTCY CODE on May 17, 2016 with the United States Bankruptcy Court for the District of Nebraska, Lincoln, Nebraska.

 Pursuant to Neb. R. Bankr. P. 9013-1 and the Court's Order Granting Motion to Shorten Time for Filing Objections (Docket #7), notice is given to all parties in interest and all creditors that any resistance or objection to the Debtor's MOTION FOR USE OF CASH COLLATERAL (A) APPROVING POST-PETITION FACTORING AGREEMENT, (B) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT, AND (C) MODIFYING AUTOMATIC STAY, PURSUANT TO §§ 362 AND 364 OF THE BANKRUPTCY CODE shall be filed on or before May 27, 2016.

 If no resistance or objection is filed on or before May 27, 2016 the Court shall enter an ORDER APPROVING MOTION FOR USE OF CASH COLLATERAL (A) APPROVING POST-PETITION FACTORING AGREEMENT, (B) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT, AND (C) MODIFYING AUTOMATIC STAY, PURSUANT TO §§ 362 AND 364 OF THE BANKRUPTCY CODE in accordance with Neb. R. Bankr. P. 3020. The Court shall consider such submission of the ORDER APPROVING MOTION FOR USE OF CASH COLLATERAL (A) APPROVING POST-PETITION FACTORING AGREEMENT, (B) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE TREATMENT, AND (C) MODIFYING AUTOMATIC STAY, PURSUANT TO §§ 362 AND 364 OF THE BANKRUPTCY CODE as meaning that no further hearing be scheduled and will consider entry of the ORDER without further notice.

 All resistance to any motion shall set forth the specific factual and legal basis and conclude with a particular request for relief.

 DATED this 17th day of May, 2016

CORNERSTONE TOWER SERVICE, INC.,
Debtor

JEFFREY, HAHN & HEMMERLING, PC, LLO
Attorneys at Law
5640 S. 84th St., Ste. 100
Lincoln, NE 68516
(402) 483-7711

By /s/ John C. Hahn, #15068

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties listed in the Court's Matrix by electronic transmission and by United States regular mail, postage prepaid, on this 17th day of May, 2016.

/s/ John C. Hahn, #15068
Attorney of Record