**Fill in this information to identify the case:**

Debtor name   **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **16-40787**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  6, 2016**       *X* **/s/ James Scheer**
                                      Signature of individual signing on behalf of debtor

                                      **James Scheer**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **16-40787**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $     1,566,097.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $     1,566,097.28

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     965,500.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     176.19

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     1,628,018.74

4.   Total liabilities .........................................................................................
    Lines 2 + 3a + 3b     $     2,593,694.93

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **16-40787**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Heritage Bank - Balance as of May 13, 2016 - negative $3,981.40** | **Checking** | $0.00 |
| 3.2. | **Wells Fargo Bank - Balance as of May 13, 2016** | **Checking** | $13,173.51 |
| 3.3. | **Bank of the West - Balance as of May 13, 2016** | **Checking** | $45,575.27 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** | | $58,748.78 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| --- | --- | --- |
| | Description, including name of holder of deposit | |
| 7.1. | **Security deposit with M.A. Linbald, LLC** | $200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Cornerstone Tower Service, Inc.**                                Case number *(If known)*  **16-40787**
_____Name_____

| | | | |
|---|---|---|---|
| 7.2. | **Security deposit with Holland Properties** | | **$1,200.00** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                    **$1,400.00**
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:     **0.00** -      **0.00** = ....     **$0.00**
                face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    **$0.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies Inventory located in Colorado and Nebraska - See item 76 on attached Asset List** | | **$0.00** | | **$30,000.00** |

23.     **Total of Part 5.**                                                    **$30,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(If known)* | **16-40787** |
|---|---|---|---|
| | Name | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Office printers, chairs, computers, phones, file cabinets, TV's, desks, security camera system, cell phones/chargers/cases/data cards/tablets, miscellaneous office supplies - Nebraska | **$0.00** | | **$2,265.00** |
| Office furniture, computers, monitors, printer, miscellaneous office supplies and equipment located at Severance, CO office - See items 77, 78 and 79 on attached Asset List | **$0.00** | | **$6,500.00** |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$8,765.00** |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(If known)* **16-40787** |
|---|---|---|
| | Name | |

---

**Part 8:**     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Vehicles and trailers located in Colorado and Nebraska - See items 51 through 71 of attached Asset List** | $0.00 | | $725,000.00 |
| 47.2.    **2016 GMC Sierra 3500 Crew Cab (blue) - leased** | Unknown | | $80,000.00 |
| 47.3.    **2016 GMC - leased** | Unknown | | $80,000.00 |
| 47.4.    **2016 GMC Sierra 2500 Crew Cab - leased** | Unknown | | $57,000.00 |
| 47.5.    **2016 GMC Sierra - leased** | Unknown | | $57,000.00 |
| 47.6.    **2015 GMC Yukon (leased)** | Unknown | | $45,000.00 |
| 47.7.    **1994 Chevrolet K2500 (red)** | $0.00 | | $1,500.00 |
| 47.8.    **2009 Buick Lucerne CX** | $0.00 | | $4,000.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Tools, rigging, medium-small equipment, generators, transits. laser levels, laser tapes, older forklifts, winch lines, blocks, slings, power tools, wedlers, torches, core drills, comealongs, cable grips, electric capstan hoists, compactors, connector and ground kit prep tools, etc. located in Colorado and Nebraska - See item 75 on attached Asset List** | $0.00 | | $45,000.00 |
| **Machinery and equipment located in Colorado and Nebraska - See items 1 through 50, 72, 73 and 74 on attached Asset List** | $0.00 | | $372,683.50 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(If known)* **16-40787** |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,467,183.50

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Workers comp overpayment for 2015-2016 policy period** | $0.00 |
|---|---|

Nature of claim
Amount requested                     $0.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(If known)* | **16-40787** |
|---|---|---|---|
| | Name | | |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **Cornerstone Tower Service, Inc.**                                    Case number *(If known)*  **16-40787**
_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$58,748.78** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,400.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$30,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,765.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,467,183.50** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,566,097.28** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,566,097.28** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

CORNERSTONE TOWER SERVICE, INC.
BK16-40787
ATTACHMENT TO SCHEDULE B

ASSET LIST

| # | Description: Equipment, Technology Assets, Real Estate, Autos (make, model, address, etc.) | Location | Market Value |
|---|---|---|---|
| 1 | 700 MHz LTE PIMPro Passive intermodulation analyzer (PIM) | CO | $5,970.00 |
| 2 | 700 MHz LTE PIMPro Passive intermodulation analyzer (PIM) | CO | $5,570.00 |
| 3 | 850 MHz Cellular PIMPro Portable Passive Intermodulation Analyzer (PIM) | CO | $7,180.00 |
| 4 | 850 MHz Cellular PIMPro Portable Passive Intermodulation Analyzer (PIM) | CO | $7,180.00 |
| 5 | 850 PIM Master Passive Intermodulation Analyzer | NE | $16,000.00 |
| 6 | 1900 MHz Cellular PIMPro Portable Passive Intermodulation Analyzer (PIM) | CO | $7,180.00 |
| 7 | 2MHz-4GHz Site Master handheld cable and antenna analyzer | CO | $6,150.00 |
| 8 | 2MHz-4GHz Site Master handheld cable and antenna analyzer/411-Ethernet Connectivity | CO | $6,150.00 |
| 9 | 2MHz-4GHz Site Master handheld cable and antenna analyzer/411-Ethernet Connectivity | CO | $6,150.00 |
| 10 | 2MHz-4GHz Site Master handheld cable and antenna analyzer/411-Ethernet Connectivity | NE | $6,150.00 |
| 11 | Anritsu Site Master S820C (Microwave) | NE | $9,000.00 |
| 12 | Anritsu Site Master SR10A (Microwave) | CO | $6,000.00 |
| 13 | Anritsu Site Master S251C Sweepgear | CO | $3,500.00 |
| 14 | Anritsu Site Master S331B Sweepgear | CO | $3,500.00 |
| 15 | Anritsu Site Master S331C Sweepgear | CO | $3,500.00 |
| 16 | Anritsu Site Master S331C Sweepgear | CO | $3,500.00 |
| 17 | KMW RET Controller | CO | $250.00 |
| 18 | Andrew RET Controller | CO | $312.50 |
| 19 | Andrew RET Controller | CO | $312.50 |
| 20 | Andrew RET Controller | CO | $312.50 |
| 21 | Powerwave Rack Mounted RET Controller | CO | $100.00 |
| 22 | Kathrein RET Controller | CO | $250.00 |
| 23 | T-BERD 2000 Handheld Modular Test Set w/Quad OTDR /1.25-1.25 UPP adapter/10MLC-10 M LC/LC | CO | $4,610.00 |
| 24 | T-BERD 2000 Handheld Modular Test Set w/Quad OTDR /1.25-1.25 UPP adapter/10MLC-10 M LC/LC | CO | $4,610.00 |
| 25 | T-BERD 2000 Handheld Modular Test Set w/Quad OTDR /1.25-1.25 UPP adapter/10MLC-10 M LC/LC | CO | $4,610.00 |
| 26 | T-BERD 2000 Handheld Modular Test Set w/Quad OTDR /1.25-1.25 UPP adapter/10MLC-10 M LC/LC | NE | $4,610.00 |
| 27 | Smartclass Fiber Power Meter & Microscope/PRO-Pro Kit | CO | $2,500.00 |
| 28 | Smartclass Fiber Power Meter & Microscope/PRO-Pro Kit | CO | $2,500.00 |
| 29 | Smartclass Fiber Power Meter & Microscope/PRO-Pro Kit | NE | $2,500.00 |
| 30 | Video Inspection Scope (Fiber) | CO | $1,500.00 |
| 31 | Nardalert S3 Radiation Alert Monitor | CO | $1,050.00 |
| 32 | Digicat 550i Cable Avoidance Tool | NE | $600.00 |
| 33 | Quick-Check Wire Tension Meter | NE | $2,125.00 |
| 34 | 700 PIM Master Passive Intermodulation Analyzer w/ Accessory Case & GPS Antenna | CO | $12,447.00 |
| 35 | 700 PIM Master Passive Intermodulation Analyzer w/ Accessory Case & GPS Antenna | CO | $12,447.00 |
| 36 | 700 PIM Master Passive Intermodulation Analyzer w/ Accessory Case & GPS Antenna | NE | $12,447.00 |
| 37 | 850 PIM Master Passive Intermodulation Analyzer w/ Accessory Case | NE | $16,000.00 |
| 38 | 1900/2100 PIM Master Passive Intermodulation Analyzer & Accessory Case | NE | $16,500.00 |
| 39 | 1900/2100 PIM Master Passive Intermodulation Analyzer & Accessory Case | CO | $16,500.00 |
| 40 | 1900/2100 PIM Master Passive Intermodulation Analyzer & Accessory Case | CO | $16,500.00 |
| 41 | 2MHz-4GHz Site Master handheld cable and antenna analyzer/411-Ethernet Connectivity | NE | $6,150.00 |
| 42 | Qty. 2 - T-BERD 2000 Handheld Modular Test Set w/Quad OTDR /1.25-1.25 UPP adapter/10MLC-10 M LC/LC + Smartclass Fiber | CO | $5,500.00 |
| 43 | 18" x 60' Gin Pole | NE | $9,250.00 |
| 44 | (5) PPC Tool Kits @ $4,200/each | (2) CO, (3) NE | $10,500.00 |
| 45 | (2) DP Manufacturing 12,000 hoists | NE | $12,000.00 |
| 46 | Bobcat Skid Steer Loader | NE | $22,000.00 |
| 47 | Bobcat Mini Excavator | CO | $24,000.00 |
|  | Skidsteer snow blower attachment | NE | $5,000.00 |
| 48 | AntennAlign Alignment Tool/WLS Wi-Fi Option and Sw Active AAT Soft Case for Transporting AAT and Rangefinder | NE | $4,500.00 |
| 49 | Spartan Equipment 8' Wide Grader Blade Attachment With Proportional Current Valve End Plate Kit, Grader | NE | $6,000.00 |
| 50 | Octane Sit Down Rider (forklift) | CO | $18,000.00 |
| 51 | Freightliner M2 Straight Truck (White) Boxtruck #8 | NE | $47,000.00 |
| 52 | 2014 Manitex 40 Ton Boom Truck (40124S) #11 | CO | $325,000.00 |
| 53 | 2014 GMC Sierra 2500 Crew Cab (Sonoma Red) #15 | NE | $32,000.00 |
| 54 | 2015 GMC Sierra 2500 Crew Cab (Sonoma Red) #17 | NE | $37,000.00 |
| 55 | GMC Sierra 3500 Crew Cab (White) #18 | NE | $30,000.00 |
| 56 | 2015 GMC Sierra 2500 Crew Cab (Mocha) #23 | NE | $45,000.00 |
| 57 | 2015 GMC Sierra 2500 Crew Cab (Stealth Grey) #20 | NE | $38,000.00 |
| 58 | 2015 GMC Sierra 3500 Crew Cab (Silver) #21 | CO | $38,000.00 |

| | Description: Equipment, Technology Assets, Real Estate, Autos (make, model, address, etc.) | Location | Market Value |
|---|---|---|---|
| 59 | 2015 GMC Sierra 2500 Crew Cab (Black) #22 | NE | $40,000.00 |
| 60 | 2015 GMC Sierra 2500 Crew Cab (Bronze) #19 | CO | $37,000.00 |
| 61 | 1997 Buck Dandy, 20' | CO | $3,500.00 |
| 62 | 1998 May 18' Flatbed | NE | $2,500.00 |
| 63 | 2000 DTC Flatbed, 18' | CO | $3,500.00 |
| 64 | 1998 May 18' Flatbed | CO | $2,500.00 |
| 65 | 2001 United, 18' Enclosed | NE | $1,500.00 |
| 66 | 2001 Haulmark Enclosed | NE | $2,000.00 |
| 67 | 1998 Cargo Sport Trailer Enclosed | NE | $3,500.00 |
| 68 | 2007 Mirage 20' Excell V Nose Enclosed | NE | $4,500.00 |
| 69 | 2012 Delta 30' Gooseneck Flatbed Black | NE | $5,500.00 |
| 70 | 2013 United UXTV 18' Enclosed | NE | $14,500.00 |
| 71 | 2014 United UXT Trailer Enclosed | NE | $12,500.00 |
| 72 | 2008 Ground Heater | NE | $6,500.00 |
| 73 | Skidsteer post hole attachment | NE | $1,200.00 |
| 74 | Skidsteer trench compactor attachment | CO | $3,500.00 |
| 75 | Tools, rigging, and medium-small equipment. Generators, transits, laser levels, laser tapes, older forklifts, winch lines, blocks, slings, power tools, welders, torches core drills, comealongs, cable grips, electric capstan hoists, compactors, connector and ground kit prep tools, etc. | 35% CO, 65% NE | $45,000.00 |
| 76 | Inventory | 40% CO, 60% NE | $90,000.00 |
| 77 | Office Furniture - Desks, Chairs, and Cabinets, etc. | Severance, CO Office | $3,000.00 |
| 78 | Computers (laptop & desktops), monitors, and printer | Severance, CO Office | $2,000.00 |
| 79 | Misc. Office Supplies & Equipment | Severance, CO Office | $1,500.00 |
| 80 | | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cornerstone Tower Service, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **16-40787** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | Describe debtor's property that is subject to a lien | **$57,900.00** | **$69,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 130424**
**Saint Paul, MN 55113-0004**

**2014 GMC 2500 crew cab, 2015 GMC 2500 crew cab (bronze)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Electro Rent Corp.** | Describe debtor's property that is subject to a lien | $50,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**27315 Network Place**
**Chicago, IL 60673-1273**

**JDSU T-Berds, PIM's, JDSU scope, Anr S331E, NR-S331E, 2012 Bobcast skidsteer loader S205 and Bobcat**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Cornerstone Tower Service, Inc.**
_____          Case number (if know)   **16-40787**
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.
_____

---

| 2.3 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | $5,100.00 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 749642**
**Los Angeles, CA**
**90074-9642**
_____
Creditor's mailing address

**2014 Octane forklift**

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
_____          ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No          ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.
_____

---

| 2.4 | **GE Capital** | Describe debtor's property that is subject to a lien | $27,200.00 | $24,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 31001-1351**
**Pasadena, CA 91110-1351**
_____
Creditor's mailing address

**2012 Mini Excavator**

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
_____          ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No          ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.
_____

---

| 2.5 | **Hitachi Capital America Corp.** | Describe debtor's property that is subject to a lien | $32,800.00 | $37,000.00 |
|---|---|---|---|---|

Creditor's Name

**21925 Network Place**
**Chicago, IL 60673-1219**
_____
Creditor's mailing address

**2015 GMC 2500 crew cab**

Describe the lien
_____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Cornerstone Tower Service, Inc. | Case number (if know) | 16-40787 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Hogan** | | **Describe debtor's property that is subject to a lien** | **$20,000.00** | **Unknown** |

Creditor's Name

**2008 ground heater**

**940 N. 1250 West**
**Centerville, UT 84014**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Isuzu Finance of America, Inc.** | | **Describe debtor's property that is subject to a lien** | **$153,500.00** | **$191,000.00** |

Creditor's Name

**2012 Freightliner (box truck), 2014 GMC 3500 crew cab (white), 2015 GMC 2500 crew cab (bronze), 2015 GMC 2500 crew cab (Stealth), 2015 GMC 3500 crew cab (Quicks), 2015 GMC 2500 crew cab (black)**

**7865 Solution Center**
**Chicago, IL 60677-7008**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if know) | **16-40787** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.8 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | **$300,000.00** | **$325,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 77077
Minnetonka, MN
55480-7777**

Creditor's mailing address

**2014 Freightliner/Crane**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **WCG Leasing, LLC (Weld Co.)** | Describe debtor's property that is subject to a lien | **$239,000.00** | **$239,000.00** |
|---|---|---|---|---|

Creditor's Name

**2699 47th Ave.
Greeley, CO 80634**

Creditor's mailing address

**Lease of 2016 GMC, 2016 GMC Sierra 2500
crew cab, 2016 GMC Sierra, 2015 GMC Yukon**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Dealer Services** | Describe debtor's property that is subject to a lien | **$80,000.00** | **$80,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO  Box 17900
Denver, CO 80217-0900**

Creditor's mailing address

**2016 GMC 2500 crew cab (blue)
Leased**

Describe the lien

---

Debtor   **Cornerstone Tower Service, Inc.**

Name

Case number (if know)   **16-40787**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$965,500.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeffrey Kurtzman**<br>**Attorney at Law**<br>**401 S. 2nd St., Ste. 301**<br>**Philadelphia, PA 19147** | Line   **2.2** | |
| **Victor Covalt, Attorney at Law**<br>**PO Box 81229**<br>**Lincoln, NE 68501-1229** | Line   **2.2** | |
| **Victor Covalt, Attorney at Law**<br>**PO Box 81229**<br>**Lincoln, NE 68501-1229** | Line   **2.9** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **16-40787**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.19 | $176.19 |
|---|---|---|---|---|

| | **Nebraska Dept. of Labor-Legal Counsel** | *Check all that apply.* | | |
| | **PO Box 94600** | ☐ Contingent | | |
| | **Lincoln, NE 68509-4600** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

| | **Accuster Survey** | ☐ Contingent | |
| | **30601 County Road 17** | ☐ Unliquidated | |
| | **Mitchell, NE 69357** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,220.00 |
|---|---|---|---|

| | **Ace Electrical Contractors, Inc.** | ☐ Contingent | |
| | **5465 Hwy. 169 North** | ☐ Unliquidated | |
| | **Plymouth, MN 55442-1903** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.81 |
|---|---|---|---|

**Advanced Crane & Rigging**
**21978 Platteview Rd., Ste. 200**
**Gretna, NE 68028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,713.20 |
|---|---|---|---|

**Advanced Lightning Tech**
**122 Leesley Lane**
**Argyle, TX 76226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.59 |
|---|---|---|---|

**After Hours Grafix**
**1113 10th St.**
**Aurora, NE 68818**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,969.15 |
|---|---|---|---|

**Ahern Rentals, Inc.**
**PO  Box 271390**
**Las Vegas, NV 89127-1390**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,717.03 |
|---|---|---|---|

**Anixter, inc.**
**PO Box 847428**
**Dallas, TX 75284-7428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.87 |
|---|---|---|---|

**Arapahoe Rental**
**1700 E. County Line Rd.**
**Littleton, CO 80126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Associated Engineering, Inc.**
**2705 N. Main St.**
**Omaha, NE 68022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cornerstone Tower Service, Inc. | Case number (if known) | 16-40787 |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.85 |
|---|---|---|---|

**Aupperle Plumbing & Heating, Inc.**
213 West Front St.
North Platte, NE 69101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.19 |
|---|---|---|---|

**B & B Crane Service, Inc.**
PO Box 9667
Rapid City, SD 57709

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,648.04 |
|---|---|---|---|

**B & C Steel**
5320 Cook St.
Denver, CO 80216-2434

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**Baker and Associates**
210 E. 16th St., Ste. A
Scottsbluff, NE 69361

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bank of Wood River**
PO Box 5138
Grand Island, NE 68802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **(Now known as Heritage Bank)**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.60 |
|---|---|---|---|

**Barr Credit Services, Inc.**
5151 E. Broadway Blvd., Ste. 800
Tucson, AZ 85711

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collection for Wright Way Trans, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,916.02 |
|---|---|---|---|

**Barton Supply**
14800 E. Monecrieff Place
Aurora, CO 80011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,543.80** |
|---|---|---|---|

**Blue Cross Blue Shield of Nebraska**
**PO Box 3801**
**Omaha, NE 68103-0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.21** |
|---|---|---|---|

**Blue Line Rental**
**PO Boxz 840062**
**Dallas, TX 75284-0062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.34** |
|---|---|---|---|

**Bosselman Energy**
**PO Box 1567**
**Grand Island, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00** |
|---|---|---|---|

**Brownstar Porta a Potties**
**71478 633 Ave.**
**Humboldt, NE 68376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.09** |
|---|---|---|---|

**Buckeye Welding Supply**
**360 E. 8th St.**
**PO Box 1522**
**Greeley, CO 80632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**C & D Plumbing & Heating**
**PO Box 894**
**North Platte, NE 69103-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Capstone Business Funding, LLC**
**810 Seventh Ave., 27th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Cornerstone Tower Service, Inc. | | Case number (if known) | 16-40787 |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493.67 |
|---|---|---|---|

**Carlson Systems**
PO Box 3036
Omaha, NE 68103-0036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.52 |
|---|---|---|---|

**CCI Extending Wireless Performance**
89 Leuning St.
South Hackensack, NJ 07606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,219.78 |
|---|---|---|---|

**Cedar Supply**
720 S. College Ave.
Fort Collins, CO 80525

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $453.60 |
|---|---|---|---|

**Chatham Electric**
PO Box 34977
Juneau, AK 99803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Citibank, NA**
388 Greenwich St., 22nd Floor
New York, NY 10013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.37 |
|---|---|---|---|

**Comcast**
PO Box 34744
Seattle, WA 98124-1744

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Commercial Finance Partners, LLC**
340 SE 1st St.
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cornerstone Tower Service, Inc. | | Case number (if known) | 16-40787 |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Concentra Occupational Health Centers of the Southwest, P.A., P.C.**
PO Box 9008
Broomfield, CO 80021-9008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Concentra Occupational Health Centers of Kansas**
PO Box 369
Lombard, IL 60148-0369

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.24 |
|---|---|---|---|

**Consolidated Concrete Co.**
PO  Box 7
Hastings, NE 68902-0007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.01 |
|---|---|---|---|

**Construction Rental**
2120 E. 4th St.
North Platte, NE 69101-7408

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,000.00 |
|---|---|---|---|

**Corporate Lodging Consultants, Inc.**
PO Box 534722
Atlanta, GA 30353-4472

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corporation Services Company**
PO  Box 2576
Springfield, IL 62708

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.10 |
|---|---|---|---|

**CPS Distributors, Inc.**
1105 West 122nd Ave.
Westminster, CO 80234

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cornerstone Tower Service, Inc. | Case number (if known) | 16-40787 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.30 |
|---|---|---|---|

**Crane Sales and Service**
PO Box 3365
Omaha, NE 68103-0365

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,868.44 |
|---|---|---|---|

**Croell Redi-Mix**
PO Box 1352
Sundance, WY 82729

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.83 |
|---|---|---|---|

**Cross Dillon Tire**
PO Box 81208
Lincoln, NE 68501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,591.00 |
|---|---|---|---|

**Crossover Distribution**
5 Park Lake Rd.
Sparta, NJ 07871

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CT Corporation System**
330 N. Brand Blvd., Ste. 700
Attn:  SPRS
Glendale, CA 91203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Dave Sherwood Family Medicine**
570 Palmino
Ridgway, CO 81432-0270

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Dex Media East, Inc. (Dexone)**
PO Box 78041
Phoenix, AZ 85062-8041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cornerstone Tower Service, Inc. | | Case number (if known) | 16-40787 |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Distribution, Inc.**
6363 N. 70th St.
PO Box 29166
Lincoln, NE 68529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.92 |
|---|---|---|---|

**Dodge City Concrete, Inc.**
1105 E. Wyatt Earp Blvd.
Dodge City, KS 67801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,461.64 |
|---|---|---|---|

**Don Rutt Plumbing & Heating, Inc.**
PO Box 457
Hastings, NE 68901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Don Svoboda Plumbing**
790 Osborne Dr. East
Hastings, NE 68901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.25 |
|---|---|---|---|

**Double D Portable Restrooms, LLC**
110 West County Rd. 12
Petersburg, NE 68652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.16 |
|---|---|---|---|

**DR Containers**
657 County Rd. 13
Ithaca, NE 68033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.16 |
|---|---|---|---|

**East Penn Manufacturing Co.**
PO Box 4191
Philadelphia, PA 19178-4191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,898.25**

**Ehresmann Engineering**
4400 W. 31st St.
Yankton, SD 57078-9737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$645.00**

**Electronic Metrology Laboratory**
318 Seaboard Lane, Ste. 105
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$214.00**

**Emergency Physicians**
PO Box 912215
Denver, CO 80291-2215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,024.02**

**Empire Southwest, LLC (Empire Cat)**
PO Box 29879
Phoenix, AZ 85038-9879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.65**

**Essink Drywall**
1706 S. Holland Dr.
Grand Island, NE 68803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Everest Business Funding (EBF Partners)**
2001 NW 107th Ave., 3rd Floor
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,531.50**

**EZ Wireless**
2800 NW 29th Ave.
Portland, OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.31** |
|---|---|---|---|

**Fastenal Co.**
**PO Box 978**
**Winona, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,839.00** |
|---|---|---|---|

**FDH Velocitel**
**1033 Skokie Blvd.**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Ford Storage and Moving**
**10364 S. 136th St.**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.00** |
|---|---|---|---|

**Form I-9 Compliances**
**24 Corporate Plaza, Ste. 190**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**G & V, Inc.**
**43544 Rd. 755**
**PO Box 26**
**Lexington, NE 68850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,123.00** |
|---|---|---|---|

**Gem City Roofing**
**1311 S. 1st St.**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.37** |
|---|---|---|---|

**Gem, LTD**
**220019 Sunset Dr.**
**Gering, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,238.34** |
|---|---|---|---|

**General Electric Capital Corporation**
PO Box 35701
**Billings, MT 59107-5701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$816.84** |
|---|---|---|---|

**H & E Equipment Service**
PO Box 849850
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,676.86** |
|---|---|---|---|

**Hall County Treasurer**
121 S. Pine Street
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,003.17** |
|---|---|---|---|

**Hamilton Equipment Company**
8801 Hwy. 6
**Lincoln, NE 68507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$958.36** |
|---|---|---|---|

**Heartland Electric Chief Construction Co**
PO Box 4920
**Grand Island, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.96** |
|---|---|---|---|

**Heft & Sons, LLC**
14081 I St.
**Greensburg, KS 67054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,700.00** |
|---|---|---|---|

**High Tower Solutions, Inc.**
15225 Hwy. 36, Ste. 1
**Bennington, NE 68007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.51** |
|---|---|---|---|

**HiTech, Inc.**
**6395 Lowell Rd.**
**Gibbon, NE 68840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,867.63** |
|---|---|---|---|

**Hooker Bros. Sand & Gravel, Inc.**
**3935 S. Locust St.**
**PO Box 5134**
**Grand Island, NE 68802-5134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.00** |
|---|---|---|---|

**Ideal Electric**
**123 East E ST.**
**PO Box 945**
**Hastings, NE 68901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assigned to Central Nebraska Collections**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**Infinigy**
**2255 Seweell Mill Rd., Ste. 130**
**Marietta, GA 30362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Infinity Wireless**
**429 Industrial Lane**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,927.37** |
|---|---|---|---|

**Interstate Power Systems**
**NW 7244**
**PO Box 1450**
**Minneapolis, MN 55485-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,182.72** |
|---|---|---|---|

**Into The Wild, LLC**
**9263 Eastman Park Dr.**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address

**Isuzu Finance of American, Inc.**
**3020 Westchester Ave., Ste. 203**
**Purchase, NY 10577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.81** | Nonpriority creditor's name and mailing address

**Jacobi Carpet One Floor & Home**
**PO Box 881**
**Third & Denver**
**Hastings, NE 68902-0881**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,062.00**

---

**3.82** | Nonpriority creditor's name and mailing address

**Jeb Dobberstein Roofing, LLC**
**5510 Oxen Ave.**
**Kearney, NE 68845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,800.00**

---

**3.83** | Nonpriority creditor's name and mailing address

**Johnnys on the Spot**
**1621 Papio Lane**
**Cozad, NE 69130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$253.20**

---

**3.84** | Nonpriority creditor's name and mailing address

**Joshua Scheer**
**37700 County Rd. 23**
**Severance, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,417.54**

---

**3.85** | Nonpriority creditor's name and mailing address

**JVD Leasing, LLC**
**620 Technology Circle**
**Windsor, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,940.00**

---

**3.86** | Nonpriority creditor's name and mailing address

**Kalamata Capital**
**7315 Wisconsin Ave., Ste. 900 East**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$390,000.00**

---

| Debtor | **Cornerstone Tower Service, Inc.** | | Case number (if known) | **16-40787** |
|---|---|---|---|---|
| | Name | | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,719.11 |
|---|---|---|---|

**Kriz Davis**
**PO Box 310353**
**Des Moines, IA 50331-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $453.30 |
|---|---|---|---|

**Krutsinger Concete**

**Benkelman, NE 69021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,690.00 |
|---|---|---|---|

**LG Funding, LLC**
**1218 Union St., Ste. 2**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $880.15 |
|---|---|---|---|

**Lincoln National Life Insurance Co.**
**PO Box 0821**
**Carol Stream, IL 60132-0821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,998.65 |
|---|---|---|---|

**Long Island Redi Mix**
**567 Topeka Ave.**
**Long Island, KS 67647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit - Harlan County Court Case No. CI16-0026**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,850.00 |
|---|---|---|---|

**McGill Restoration**
**2821 Grebe St.**
**Omaha, NE 68112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,556.34 |
|---|---|---|---|

**Mid Plains Electric, Inc.**
**1304 4th St.**
**Friend, NE 68359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$503.00** |
|---|---|---|---|

**Mid-State Engineering & Testing, Inc.**
**279 Road D**
**Columbus, NE 68601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.36** |
|---|---|---|---|

**Midwest Unlimited**
**1750 West O ST.**
**Lincoln, NE 68528-1275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.12** |
|---|---|---|---|

**Moeller Electric Enterprises**
**PO Box 2**
**Byron, NE 68325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.09** |
|---|---|---|---|

**Montana Cran Service**
**209 E. Edar**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.58** |
|---|---|---|---|

**MRL Crane Service, Inc.**
**4332 Jergen Rd.**
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**National Association of Tower Erectors**
**8 Second St. SE**
**Watertown, SD 57201-3624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,101.40** |
|---|---|---|---|

**Nebraska Crane**
**72779 Rd. 438**
**Bertrand, NE 68927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cornerstone Tower Service, Inc. | | Case number (if known) | **16-40787** |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.22 |
|---|---|---|---|
| | **Nebraska Harvestore, Inc.**<br>**3201 S. 13th St.**<br>**Norfolk, NE 68701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.93 |
|---|---|---|---|
| | **Nebraska Trencher Sales, Inc.**<br>**Ditch Witch of Omaha**<br>**PO Box 45532**<br>**Omaha, NE 68145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.44 |
|---|---|---|---|
| | **Net-Tech Technology, Inc.**<br>**14609 Prairie Corners Rd.**<br>**Omaha, NE 68138-3940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.18 |
|---|---|---|---|
| | **NMC, Inc.**<br>**PO Box 911784**<br>**Denver, CO 80291-1784** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|
| | **Nuttelman Fencing**<br>**7460 W. 100th St.**<br>**Kearney, NE 68845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|
| | **Olsson and Associates**<br>**PO Box 84608**<br>**Lincoln, NE 68501-4608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432.98 |
|---|---|---|---|
| | **P & M Steel Co.**<br>**4401 N. Westport Ave.**<br>**Sioux Falls, SD 57107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Cornerstone Tower Service, Inc. | Case number (if known) | 16-40787 |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.88 |
|---|---|---|---|

**Pacific Steel & Recycling**
2828 Palmer
PO Box 8477
 MT 59980-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,376.00 |
|---|---|---|---|

**Patriot Crane and Rigging, LLC**
2916 S. 132nd St., Ste. 138
Omaha, NE 68144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,200.27 |
|---|---|---|---|

**Paulsen, Inc.**
PO Box 17
Cozad, NE 69130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Payment Processing Center**
PO Box 78234
Phoenix, AZ 85062-8234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.39 |
|---|---|---|---|

**Penske Truck Leasing**
PO Box 802577
Chicago, IL 60680-2577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,601.20 |
|---|---|---|---|

**Platte Valley Communications**
PO Box 505
Kearney, NE 68848-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,502.31 |
|---|---|---|---|

**Platte Valley Electric, LLC**
502 West Front
North Platte, NE 69101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Cornerstone Tower Service, Inc.**
_____
           Name                                          Case number (if known)    **16-40787**

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**PLIC-SBD Grand Island**
**PO Box 10372**
**Des Moines, IA 50306-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Primus Electronics**
**4180 E. Sand Ridge Rd.**
**Morris, IL 60450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$67,238.44**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Principal Financial Group**
**PO Box 10372**
**Des Moines, IA 50306-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,244.97**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**ProBuild**
**2805 Lexington Ave.**
**Butte, MT 59701-3286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$187.39**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Psychemidics Corp.**
**PO Box 4163**
**Woburn, MA 01888-4163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$406.50**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Quality Red D Mix Co.**
**PO Box 296**
**Edgar, NE 68935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$877.58**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Quality Red D Mix Co.**
**PO Box 296**
**Edgar, NE 68935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,354.33**

**Date(s) debt was incurred** _

**Basis for the claim:**  **Assigned to Central Nebraska Collections**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,115.87** |
|---|---|---|---|

**Quality Signs & Designs**
**1423 S. Webb Rd.**
**Grand Island, NE 68803-5637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,150.00** |
|---|---|---|---|

**Quartz Creek Consulting**
**PO Box 93**
**Pitkin, CO 81241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,157.50** |
|---|---|---|---|

**R & C Welding & Fabrication, Inc.**
**880 E. Country Club Rd.**
**Gering, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,306.17** |
|---|---|---|---|

**Ready Mixed Concrete Co.**
**c/o Hugh Abrahamson, Attorney at Law**
**6901 Dodge St., Ste. 107**
**Omaha, NE 68132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Judgment - Hall County Court Case No. CI04-2735**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$831.76** |
|---|---|---|---|

**Red-D-Arc Welderentals**
**PO Box 532618**
**Atlanta, GA 30353-2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,527.82** |
|---|---|---|---|

**Rexel-Colotex**
**PO Box 844519**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.35** |
|---|---|---|---|

**Ries & Associates, PC**
**6850 Green Meadow Dr.**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.80**

**Roaring Fork Rentals**
**PO Box 1670**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Rocky Mountain Waterjet**
**2218 4th Ave.**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,877.21**

**Rosenberger Site Solutions, LLC**
**PO Box 4268**
**Lake Charles, LA 70606-4268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.96**

**Sentry Electric, Inc.**
**Box 30571**
**Lincoln, NE 68503-0571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,882.78**

**Sharp Electric**
**211 West 18th**
**Cozad, NE 69130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,748.61**

**Site Pro 1, Inc.**
**7239 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,160.72**

**Slowey Construction, Inc.**
**PO Box 113**
**Yankton, SD 57078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.60** |
|---|---|---|---|

**SOS Portable Toilets**
**PO Box 1621**
**Hastings, NE 68902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.29** |
|---|---|---|---|

**Source Gas**
**PO Box 660474**
**Dallas, TX 75266-0474**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,575.00** |
|---|---|---|---|

**Specialized Crane & Rigging**
**Tforce Energy Services**
**6143 S. Willow Dr., Ste. 320**
**Greenwood Village, CO 80111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.47** |
|---|---|---|---|

**Specialized Products**
**PO Box 201546**
**Dallas, TX 75320-1546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,635.00** |
|---|---|---|---|

**Stainless A Business of FDH Velochitel**
**1033 Skokie Blvd., Ste. 320**
**Northbrook, IL 60062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,945.88** |
|---|---|---|---|

**Straight Line Construction Co.**
**94 N. Mission Dr.**
**Pueblo West, CO 81007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,460.59** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | | Case number (if known) | **16-40787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$820.17** |
|---|---|---|---|
| | **Sunstate Equipment Co.**<br>**5552 E. Washington St.**<br>**Phoenix, AZ 85034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.60** |
|---|---|---|---|
| | **Sunstate Equipment Co.**<br>**5552 E. Washington St.**<br>**Phoenix, AZ 85034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,636.19** |
|---|---|---|---|
| | **TB & K Construction, Inc.**<br>**89475 Hwy. 81**<br>**Crofton, NE 68730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.95** |
|---|---|---|---|
| | **Texas Communications**<br>**4309 Maple St.**<br>**Abilene, TX 79602-8099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.00** |
|---|---|---|---|
| | **The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|
| | **The Mountain States Co.**<br>**424 Russell St.**<br>**Craig, CO 81625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356.31** |
|---|---|---|---|
| | **Tommy's Johnnies**<br>**PO Box 677**<br>**Scottsbluff, NE 69363-0677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Cornerstone Tower Service, Inc.** | | Case number (if known) | **16-40787** |
|---|---|---|---|---|
| | Name | | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,459.99 |
|---|---|---|---|

**Tool Barn Rentals, Inc.**
**624 S. Webb Rd.**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,750.00 |
|---|---|---|---|

**TowerKraft Engineering, PC**
**216 E. 3rd St.**
**Alliance, NE 69301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.27 |
|---|---|---|---|

**Trausch Dynamics**
**3727 Westgate Rd.**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.91 |
|---|---|---|---|

**U-Line**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,084.34 |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,885.00 |
|---|---|---|---|

**US Instrument Services**
**PO Box 3037**
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valmont Site Pro**
**7239 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,166.28** |
|---|---|---|---|

**Van's Equipment Rental**
**4046 Joe Collier Dr.**
**Dacono, CO 80514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,175.36** |
|---|---|---|---|

**Vogel West, Inc.**
**c/o Hugh Abrahamson, Attorney at Law**
**6901 Dodge St., Ste. 107**
**Omaha, NE 68132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment - Hall County Court Case No. Ci04-2736**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,163.00** |
|---|---|---|---|

**Wagner Equipment Co.**
**18000 Smith Rd.**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Transcript of judgment - Hall County District Court Case No. CI15-315**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657.90** |
|---|---|---|---|

**Westco**
**PO Box H**
**Alliance, NE 69301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.88** |
|---|---|---|---|

**Western States Equipment**
**PO  Box 3805**
**Seattle, WA 98124-3805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,608.71** |
|---|---|---|---|

**White Cap Construction Supply**
**PO Box 4852**
**Orlando, FL 32802-4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Windset Capital Corp.**
**4168 West 12600 South, 2nd Floor**
**Riverton, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,595.33 |
|---|---|---|---|

WRMB, Inc.
c/o Jane F. Langan, Attorney at Law
1128 Lincoln Mall, Ste. 300
Lincoln, NE 68508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Judgment - Hall County Court Case No. CI03-1470__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,111.68 |
|---|---|---|---|

Wyoming Rents, LLC
PO Box 57000
Casper, WY 82605-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,046.00 |
|---|---|---|---|

Ziemba Roof`
806 West 17th St.
PO  Box 2043
Hastings, NE 68902-2043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barr Credit Services, Inc.**<br>Attn:  Robyn Gmyrek<br>5151 E. Broadway Blvd., Ste. 800<br>Tucson, AZ 85711 | Line  **3.162**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Central Nebraska Collections**<br>806 W. 2nd St.<br>Hastings, NE 68901 | Line  **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Emily McElravy, Attorney at Law**<br>1500 Woodmen Tower<br>1700 Farnam St.<br>Omaha, NE 68102 | Line  **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Erin R. Robak, Attorney at Law**<br>11404 W. Dodge Rd., Ste. 500<br>Omaha, NE 68154-2584 | Line  **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Patrick J. Calkins, Attorney at Law**<br>PO Box 440<br>Alma, NE 68920 | Line  **3.91**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Wright Way Trans, LLC**<br>1455 Levee Lane<br>Cedar Hill, TX 75104 | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Cornerstone Tower Service, Inc.** | Case number (if known) | **16-40787** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 176.19 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,628,018.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,628,194.93 |

**Fill in this information to identify the case:**

Debtor name       **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **16-40787**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Rental of storage unit - California** |
|    State the term remaining | |
|    List the contract number of any government contract | **A Patriot Storage** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Rental of storage unit - Colorado** |
|    State the term remaining | |
|    List the contract number of any government contract | **Guardian Self Storage** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Rental of storage unit located at 34 Pipkin Way, Belgrade, MT** |
|    State the term remaining | |
|    List the contract number of any government contract | **Holland Properties, LLC PO Box 146 Belgrade, MT 59714** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Rental of Colorado shop** |
|    State the term remaining | |
|    List the contract number of any government contract | **James and Beth Scheer 37700 County Rd. 23 Windsor, CO 80550** |

| Debtor 1 | **Cornerstone Tower Service, Inc.** | | Case number *(if known)* | **16-40787** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2013 GMC Sierra 2500** | |
|---|---|---|---|
| | State the term remaining | | **Josh Scheer** |
| | List the contract number of any government contract | | **37700 County Rd. 23**<br>**Severance, CO 80550** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Outdoor storage space rental - Colorado** | |
|---|---|---|---|
| | State the term remaining | | **M.A. Linbald, LLC** |
| | List the contract number of any government contract | | **1221 28th Ave., Ste. 1**<br>**Greeley, CO 80634** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of Grand Island shop** | |
|---|---|---|---|
| | State the term remaining | | **Stalker Development Limited 410 S. Webb** |
| | List the contract number of any government contract | | **410 S. Webb Rd.**<br>**Grand Island, NE 68803** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of Unit 114 - Grand Island record storage** | |
|---|---|---|---|
| | State the term remaining | | **U-Haul** |
| | List the contract number of any government contract | | **1730 S. Locust**<br>**Grand Island, NE 68801** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2016 GMC, 2016 GMC Sierra 2500 crew cab, 2016 GMC Sierra, 2015 GMC Yukon** | |
|---|---|---|---|
| | State the term remaining | | **WCG Leasing (Weld Co.)** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cornerstone Tower Service, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **16-40787** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Cornerstone Tower Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number (if known) **16-40787**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,384,872.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$4,445,922.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$6,272,618.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* **16-40787** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Ally** | February, March, April 2016 | $21,033.58 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Baxter Kenworthy Electric** | February, March, April 2016 | $6,991.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Blue Cross Blue Shield of Nebraska** | February, March, April 2016 | $32,489.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance premiums** |
| 3.4.  **Corporate Lodging Consultants, Inc.** | February, March, April 2016 | $38,407.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Dietzel Enterprises, Inc.** | | $64,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Subcontractor** |
| 3.6.  **First Insurance Funding Corp.** | February, March, April 2016 | $48,440.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Work comp insurance** |
| 3.7.  **Gerhold Concrete** | February, March, April 2016 | $6,755.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Subcontractor** |
| 3.8.  **Isuzu** | February, March, April | $19,654.11 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Cornerstone Tower Service, Inc.** | | Case number *(if known)* **16-40787** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **New Tech Construction** | **February, March, April 2016** | **$8,631.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.10. **Overland Sand and Gravel** | **February, March, April 2016** | **$14,253.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.11. **Paypal** | **February, March, April 2016** | **$8,210.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Materials/safety equipment** |
| 3.12. **Quartz Creek Consulting** | **February, March, April 2016** | **$16,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.13. **Reed Electric** | **February, March, April 2016** | **$11,272.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.14. **Rosenberger Site Solutions, LLC** | **February, March, April 2016** | **$13,371.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Materials** |
| 3.15. **Site Pro 1, Inc.** | **February, March, April 2016** | **$29,575.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Materials** |
| 3.16. **TCF Equipment Finance** | **February, March, April 2016** | **$12,910.74** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

Debtor   **Cornerstone Tower Service, Inc.**                        Case number (if known)  **16-40787**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17<br>. **The Home Depot** | February,<br>March, April<br>2016 | $12,415.41 | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **Supplies** |
| 3.18<br>. **EBF Partners, LLC** | February,<br>March, April<br>2016 | $24,500.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **MCA** |
| 3.19<br>. **Fidelity Investments** | February,<br>March, April<br>2016 | $14,842.47 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **401 K** |
| 3.20<br>. **First Insurance Funding Corp.** | February,<br>March, April<br>2016 | $33,894.75 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **Work comp** |
| 3.21<br>. **Internal Revenue Service** | February,<br>March, April<br>2016 | $115,589.92 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **Payroll taxes** |
| 3.22<br>. **Kalamata Capital** | February,<br>March, April<br>2016 | $132,600.32 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **MCA** |
| 3.23<br>. **LG Funding, LLC** | February,<br>March, April<br>2016 | $17,442.43 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **MCA** |
| 3.24<br>. **New Life Church** | February,<br>March, April<br>2016 | $12,000.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other **Donations** |

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* **16-40787** |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Weld County Garage** | **February, March, April 2016** | **$11,556.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Windset Capital** | **February, March, April 2016** | **$25,178.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _MCA_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* **16-40787** |
|---|---|---|

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Resurrection Fellowship** | **Monetary donation for building project** | **6/5/16 through 7/3/15** | **$400.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **New Life Church** | **Monetary for Move the Mountain project** | **6/5/15 through 5/13/16** | **$32,600.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.3. | **GICC Boys Basketball** | **Monetary donation** | **11/24/15** | **$100.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.4. | **Northwest Trap Team** | **Monetary donation - Brayden Scheer Trap sponsor** | **12/23/15** | **$250.00** |
| | Recipients relationship to debtor **None** | | | |

**Part 5:**    **Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* | **16-40787** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | John C. Hahn | | **May 6, May 12 and May 17, 2016** | **$11,717.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **124 Brianr Place #6 Belgrade, MT** | **5/1/15 to 12/31/15 - Shop** |
| 14.2. | **9263 Eastman Park Drive Windsor, CO** | **1/1/11 to 10/31/14 - Shop** |
| 14.3. | **246 Basher Drive #7 Windsor, CO** | **10/1/14 to unknown - Shop** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* **16-40787** |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

□ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

□ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Heritage Bank** | **James Scheer, Ken Stine, Laurie Stithem, Anjanette Jensen** | **Life insurance policies** | □ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor   **Cornerstone Tower Service, Inc.**                    Case number *(if known)* **16-40787**

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Contryman & Associates** | **1999 to date (accountant)** |
| 26a.2.   **Vicki Obermiller** | **1999 to date (tax consultant)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Cornerstone Tower Service, Inc.** | Case number *(if known)* **16-40787** |
|---|---|---|

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor - internal Quickbooks** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James L. Scheer** | | **Owner/President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Cornerstone Tower Service, Inc.**                                  Case number *(if known)*    **16-40787**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June  6, 2016**

**/s/ James Scheer**                                    **James Scheer**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nebraska

In re   **Cornerstone Tower Service, Inc.**                                    Case No.   **16-40787**
                                                                Debtor(s)      Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................   $           **10,000.00**

    Prior to the filing of this statement I have received ......................................   $           **10,000.00**

    Balance Due ..........................................................................................................   $                **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  6, 2016**                                           **/s/ John C. Hahn**
*Date*                                                      **John C. Hahn 15068**
                                                            *Signature of Attorney*
                                                            **Jeffrey, Hahn & Hemmerling**
                                                            **5640 S. 84th Street, Suite 100**
                                                            **Lincoln, NE 68516**
                                                            **402-483-7711  Fax: 402-483-6133**
                                                            **bankruptcy@jhhz.net**
                                                            *Name of law firm*

---

# United States Bankruptcy Court
### District of Nebraska

In re    **Cornerstone Tower Service, Inc.**                                      Case No.    **16-40787**

                                                            Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  6, 2016**                                      Signature    **/s/ James Scheer**

                                                                    **James Scheer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nebraska

In re  **Cornerstone Tower Service, Inc.**

Debtor(s)

Case No.  **16-40787**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 6, 2016**

**/s/ James Scheer**

**James Scheer**/**President**
Signer/Title