IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:                                          )
                                                )
**Cornerstone Tower Service, Inc.**,            )        Case BK16-40787
                                                )
                                                )        CHAPTER 11
              Debtor.                           )
_____

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

        Pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above-named Debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**IRZ CONSULTING LLC**
**dba EZ WIRELESS**
**Attn: Lori Rodriguez**
500 N. 1st Street
Hermiston, OR 97838
Phone: (541) 716-5431
Email: Lori.Rodriguez@irz.com

**TOWERKRAFT ENGINEERING, P.C.**
**Attn: Steve Fehlhafer**
216 East Third Street
Alliance, NE 69301
Phone: (402) 646-0031 or (308) 762-5002
Email: steve@towerkraft.com

Dated this 20th    day of June, 2016.

Respectfully Submitted:

Daniel J. Casamatta
Acting United States Trustee

Patricia Dugan Fahey
Assistant U.S. Trustee

BY:   /s Jerry L. Jensen
Jerry L. Jensen
Attorney for United States Trustee
United States Department of Justice
Office of the U.S. Trustee
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, Nebraska 68102
Direct (402) 221-4302
Email: Jerry.L.Jensen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing with the Clerk of the Bankruptcy Court on June 20, 2016 using the CM/ECF system which sent notification to all CM/ECF participants.

/ s   Jerry L. Jensen